UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.B. *et al.*,

Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

26 Civ. 4315 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 1, 2026, the parties filed a joint letter informing the Court that they had reached a settlement in principle and asking that the deadline to answer be adjourned *sine dire*. Dkt. 11. On October 2, 2026, this Court extended the deadline for the New York City Department of Education (the "Department") to answer or otherwise respond to the complaint to November 5, 2026. As of this date, the parties have not finalized a settlement and the Department has not answered. The Court directs the Department to file a status report by **Tuesday, November 17, 2026**.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 11, 2026
New York, New York